UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

JESSICA PIERRE-PAUL,

                              PLAINTIFF,

-AGAINST-

NEW YORK CITY, POLICE OFFICER STEPHEN
LALCHAN and SERGEANT KEVIN MATTHEWS,
individually, and in their capacity as members of the New
York City Police Department,

                              DEFENDANTS

------------------------------------------------------------------------ x

**STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P 41 (a)(1)(A)(ii)**

15-CV-3896(RJD-RER)

IT IS HEREBY STIPULATED AND AGREED by and between the PLAINTIFF and the DEFENDANTS NEW YORK CITY and POLICE OFFICER STEPHEN LALCHAN and SERGEANT KEVIN MATTHEWS that whereas Plaintiff no longer wishes to pursue the claims presented by this action, that pursuant to F.R.C.P 41(a)(1)(A)(ii), this action be dismissed on the consent of the parties without an award of costs and/or disbursements against any party. The dismissal of the action is with prejudice.

| | |
|---|---|
| PetersonDelleCave, LLP<br>Attorneys for Plaintiff | Zachary W. Carter<br>Attorney for Defendants |
| By     _____/s/_____<br>       Duncan Peterson (DP 7367)<br>       233 Broadway, Suite 1800<br>       New York, New York 10279<br>       (212) 240-9075<br>       Dated: | By     _____/s/_____<br>       Noreen Stackhouse<br>       Assistant Corporation Counsel<br>       New York City Law Department<br>       100 Church Street, NY10007<br>       (212) 356-2375<br>       Dated: |